AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES THOMPSON, SR., Plaintiff,

V.

MIDLAND FUNDING LLC, AND MIDLAND CREDIT MANAGEMENT, INC., Defendants.

CASE NUMBER: 08CV4610

ASSIGNED JUDGE: JUDGE ANDERSEN
MAGISTRATE JUDGE SCHENKIER

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Midland Credit Management, Inc.
c/o ~~CT Corporation System~~ ICSC
~~208 S. LaSalle St.~~ 801 Adlai Stevenson Dr.
~~Chicago, IL 60604~~ Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

J. Cervantes
_____
(By) DEPUTY CLERK

August 14, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 8/18/08 |
| NAME OF SERVER (PRINT) Susan L. Oney | TITLE Process Server, P.I. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service: IL. CORP. SERVICE CO.
501 Adlai Stevenson Dr.
Spfld, IL. 62703
Reg. Agent for: MIDLAND CREDIT MGMN'T, INC.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/18/08     Susan L. Oney
            Date          Signature of Server

1032 So. Second St.
Spfld, IL. 62704
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Courthouse Courier**  Caption _THOMPSON V. MIDLAND FUNDING_
Private Process Service  _LLC & MIDLAND CREDIT MGMN'T, INC._
A division of Bill Clutter Investigations, Inc.  Case #: _08-CV-4610_
IL Private Detective Agency Lic. #117-001206

## AFFIDAVIT OF SERVICE

I, **Susan L. Oney**, being first duly sworn on oath, states that I am over 18 years of age and not a party to this suit, and am a registered employee of **Bill Clutter Investigations, Inc.**, a private detective agency [Lic. #117-001206] under the Private Detective and Security Act of 1993.

That I made service of process by delivering:

DATE AND TIME OF SERVICE:

_X_ Summons and Complaint
___ Subpoena
___ Notice of Hearing
___ Rule to Show Cause
___ Citation to Discover Assets
___ Forcible Entry and Detainer
___ Other:_____

_8/18_ 20_08_ _3:42_ am/**pm**

LOCATION/ADDRESS DELIVERED:
_801 Adlai Stevenson Dr._
_Spfld., IL 62703_

That I personally handed the above-described documents to:
_Holly Blankenship - ICSC_

PHYSICAL DESCRIPTION:
Ht. _5'6"_  Wt. _140#_
Race _W_  Age _30's_
Male ___  Female _X_

That I made the following type of service:
___ Personal service on the defendant/witness/ or named party.

___ Alternate service by handing copies of the above-described documents to the defendant's usual place of abode with a person of the family, or a person residing there, of the age of 13 years or older, and informing that Person of the contents thereof, and by mailing a copy of the summons in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.

_X_ Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent defendant corporation.

___ Person not found

Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct:

_Susan L. Oney_
Agent: Susan L. Oney (129-303382)

| | Date/Time | Mileage | Agent's Time | |
|---|---|---|---|---|
| First service attempt: | 8/18 3:42pm | | | Total |
| 2nd attempt: | | | | Miles:___ |
| 3rd attempt: | | | | Time :___ |
| 4th attempt: | | | | Fee  :___ |

1032 South Second Street Springfield, IL 62704 (217) 528-5997